FILED

06/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0424

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

**No. DA 22-0424**

SHAWN FOWLER,

Plaintiff/Appellee,

v.

DEPARTMENT OF JUSTICE
MONTANA HOGHWAY PATROL,

Defendant/Appellant.

**ORDER ON UNOPPOSED MOTION FOR SECOND EXTENSION
OF TIME TO FILE RESPONSE BRIEF**

Appeal from the Montana Sixth Judicial District Court, Park County
Cause No. DV 2019-40
The Honorable Judge Brenda Gilbert, Presiding

Michael A. Kauffman
Patricia Klanke
DRAKE LAW FIRM, P.C.
111 N. Last Chance Gulch,
Suite 3J
Helena, MT 59601
Telephone: (406) 495-8080
michael@drakemt.com
patricia@drakemt.com

*Attorneys for Appellant*

Karl Knuchel
Webster Crist
KARL KNUCHEL, P.C.
101 North E Street
P.O. Pox 953
Livingston, MT 59047
Telephone: (406) 222-0135
karl@knuchelpc.com
webster@knuchelpc.com

*Attorneys for Appellee*

UPON review of the *Unopposed Motion for Second Extension of Time to File Response Brief* by counsel for the Plaintiff/Appellee herein and good cause appearing therefor,

IT IS HEREBY ORDERED that the time to file Appellee's Response Brief is extended to the 18th of July, 2023.

DATED this ____ day of June, 2023.

_____
JUSTICE OF THE SUPRME
COURT OF MONTANA

cc:    Karl Knuchel
       Webster Crist
       Michael Kauffman
       Patricia Klanke

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 12 2023